600 F.2d 5
 1 Collier Bankr.Cas.2d 69
 In re LAVERTY DETECTIVE BUREAU, INC., Bankrupt.
Jules V. SPECINER, Plaintiff-Appellant,
v.
AMERICAN NATIONAL BANK & TRUST OF NEW JERSEY, Assignee of
Princeton American Credit Corp., Defendant-Appellee.
 No. 996, Docket 79-5003.
 United States Court of Appeals,
Second Circuit.
 Submitted June 6, 1979.
Decided June 7, 1979.
 
 Jules V. Speciner, Great Neck, N. Y., for plaintiff-appellant pro se.
 Eichler & Forgosh, P. A., Irvington, N. J., for defendant-appellee.
 Before KAUFMAN, Chief Judge, and OAKES and MESKILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on Judge Pratt's opinion for the district court, 471 F.Supp. 549, No. 78 C 360 (E.D.N.Y.1978). We note that Congress has addressed accounts receivable financing in the new Bankruptcy Act. Effective October 1, 1979, the issue now before us will be controlled by § 547(c)(5) of the Act.